No. 6,699.—STATE ex Rel. MRS. MARY BOURQUIN, Relatrix, *v.* DISTRICT COURT et al., Respondents.

Decided July 29, 1930.

PER CURIAM.—This proceeding having, in effect, been determined by the action of the court in cause No. 6,718, entitled *Ex parte Bourquin* (see ante, p. 118, 290 Pac. 250), it is ordered dismissed.

*Mr. H. Lowndes Maury,* for Relatrix.